**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 20, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00807-CV

---

## IN RE SCHLUMBERGER TECHNOLOGY CORP., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-23838**

---

## MEMORANDUM OPINION

On September 13, 2013, relator Schlumberger Technology Corp. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to order the Honorable R.K. Sandill, presiding judge of the 127th District Court of Harris County, to (1) vacate its order dated August 19, 2013; (2) adopt a protocol for electronic discovery; and (3) compel certain discovery responses relating to net

worth and unjust enrichment. Relator also filed an emergency motion for temporary relief, asking this court to stay all proceedings in the trial court pending our ruling on the petition for writ of mandamus.

Relator has not established entitlement to the extraordinary relief of writ of mandamus. Accordingly, we deny relator's petition for writ of mandamus and its emergency motion for temporary relief.

PER CURIAM

Panel Consists of Justices Frost, Boyce, and Jamison.